**DENIED; Opinion Filed June 10, 2013.**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-00710-CV

## IN RE DANA WALLACE SHELTON F/K/A DANA WALLACE BOURQUE, Relator

**Original Proceeding from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-07-01651**

## MEMORANDUM OPINION
Before Justices Moseley, Francis, and Fillmore
Opinion by Justice Moseley

Relator contends the trial court erred in denying her motion to transfer venue. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown she is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

/Jim Moseley/
JIM MOSELEY
JUSTICE

130710F.P05